Ryan Michael Spencer #24235-111
FULL NAME

COMMITTED NAME (if different)

United States Penitentiary-Lompoc, 3901
FULL ADDRESS INCLUDING NAME OF INSTITUTION
Klein Blvd.; Lompoc, CA 93436

24235-111
PRISON NUMBER (if applicable)

FILED
2020 FEB 11 PM 12:33
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Ryan Michael Spencer
PLAINTIFF,

v.

J. Wyatt
DEFENDANT(S).

CASE NUMBER CV20-1364-JFW(MAA)

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

Jury Trial: demanded

A. **PREVIOUS LAWSUITS**

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

RECEIVED
2-10-20

a. Parties to this previous lawsuit:
   Plaintiff _____

   _____

   Defendants _____

   _____

b. Court _____

   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

   _____

   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

   _____

3. Is the grievance procedure completed? ☐ Yes  ☒ No

   If your answer is no, explain why not _See Attached Declaration(s)_

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Ryan Michael Spencer_
(print plaintiff's name)
who presently resides at _the United States Penitentiary - Lompoc; 3901 Klein Blvd, Lompoc, CA, 93436,_
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_the United States Penitentiary - Lompoc (In the Federal Correctional Complex - Lompoc)_
(institution/city where violation occurred)

---

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)                                                                                       Page 2 of 6

<u>September 5, 2019 - Ongoing</u>
(Claim IV)

on (date or dates) <u>December 4, 2019</u>, <u>December 30, 2019</u>, <u>January 14th, 2020</u>.
                    (Claim I)        (Claim II)       (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant <u>J. Wyatt</u> resides or works at
   (full name of first defendant)
   <u>USP Lompoc 3901 Klein Blvd. Lompoc, CA 93436</u>
   (full address of first defendant)
   <u>Unit Manager for L-Unit</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   <u>Defendant was/is a Federal Bureau of Prisons Correctional Employee/offical.</u>

2. Defendant <u>S. Franco</u> resides or works at
   (full name of first defendant)
   <u>USP Lompoc 3901 Klein Blvd. Lompoc, CA 93436</u>
   (full address of first defendant)
   <u>Correctional Counselor for L-Unit</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   <u>Defendant was/is a Federal Bureau of Prisons Correctional Employee/offical.</u>

3. Defendant <u>J. Garcia</u> resides or works at
   (full name of first defendant)
   <u>USP Lompoc 3901 Klein Blvd. Lompoc, CA 93436</u>
   (full address of first defendant)
   <u>Correctional Counselor</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   <u>Defendant was/is a Federal Bureau of Prisons Correctional Employee/offical.</u>

4. Defendant __Felipe Martinez Jr._____ resides or works at
   (full name of first defendant)
   __FCC Lompoc 3600 Guard Road Lompoc, CA 93436__
   (full address of first defendant)
   __FCC Complex Warden__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Between September 5th, 2019 and January 15th, 2020, Martinez Jr. was the Warden over USP Lompoc and a Federal Bureau of Prisons Employee.__

5. Defendant __S. Hellmann_____ resides or works at
   (full name of first defendant)
   __FCC Lompa 3600 Guard Road Lompoc, CA 93436__
   (full address of first defendant)
   __SIS Lieutenant and/or Tech__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __The defendants are employees of the Federal Bureau of Prisons.__

on (date or dates) __December 4th, 2019__ , __December 30th, 2019__ , __January 14th, 2020__ , __September 5, 2019 – Ongoing (Claim IV)__
                  (Claim I)             (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Maher (Last Name)__ resides or works at
   (full name of first defendant)
   __FCC Lompoc 3600 Guard Road Lompoc, CA 93436__
   (full address of first defendant)
   __Acting Capitan for FCC and USP Lompoc__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Defendant was/is a Federal Bureau of Prisons Correctional Employee/Offical__

2. Defendant __Grady (Last Name)__ resides or works at
   (full name of first defendant)
   __FCC Lompoc 3600 Guard Road Lompoc, CA 93436__
   (full address of first defendant)
   __Associate Warden in Charge of Custody__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Defendant was/is a Federal Bureau of Prisons Correctional Employee/Offical__

3. Defendant __Gonzales (Last Name)__ resides or works at
   (full name of first defendant)
   __FCC Lompoc 3600 Guard Road Lompoc, CA 93436__
   (full address of first defendant)
   __Special Investigative Agent (SIA) for FCC and USP Lompoc__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Defendant was/is a Federal Bureau of Prisons Correctional Employee/Offical__

4. Defendant __Robison (Last Name)__ resides or works at
   (full name of first defendant)
   __FCC Lompoc 3600 Guard Road Lompoc, CA 93436__
   (full address of first defendant)
   __SIS Lieutenant and/or Tech__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Defendant was/is a Federal Bureau of Prisons Employee/Offical__

5. Defendant __Catalina Rodriguez__ resides or works at
   (full name of first defendant)
   __FCC Lompoc 3600 Guard Road Lompoc, CA 93436__
   (full address of first defendant)
   __Associate Warden Currently over Programs, Previously Custody__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __The Defendants are employees of the Federal Bureau of Prisons.__

September 5, 2019 - Ongoing
(Claim IV)

on (date or dates) December 4, 2019 , December 30, 2019 , January 14th, 2020 .
(Claim I)           (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant  A. Cruickshank  resides or works at
   (full name of first defendant)
   USP Lompoc 3901 Klein Blvd Lompoc, CA 93436
   (full address of first defendant)
   Senior Officer, Specialist
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   Defendant was/is a Federal Bureau of Prisons Employee/Offical

2. Defendant  John Doe 1  resides or works at
   (full name of first defendant)
   USP Lompoc 3901 Klein Blvd. Lompoc, CA 93436
   (full address of first defendant)
   SIS Investigator for TA LOM-19-0230
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   Defendant was/is a Federal Bureau of Prisons Employee, who Conducted
   Ryan M. Spencer's SIS Threat Assessment.

3. Defendant  John Doe 2  resides or works at
   (full name of first defendant)
   USP Lompoc 3901 Klein Blvd, Lompoc, CA 93436
   (full address of first defendant)
   Captian who Signed off on TA Lom-19-0230
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   Defendant was/is a Federal Bureau of Prisons Employee, who ~~conducted~~
   Signed off on Ryan M. Spencer's SIS Threat Assessment.

D. CLAIMS*

CLAIM I# (1)

The following civil right has been violated:

8th Amendment prohibition against cruel and unusual punishment.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On December 3, 2019, I was ordered out to the U.S.P-Lompoc yard from the SHU by Specialist A. Cruickshank. On December 4, 2019, Lieutenant. G. Hass delivered an incident report to me charging me with refusing to accept a program assignment. On December 5, 2019, Counselor J. Garcia conducted the UDC (Unit Disciplinary Hearing) for the write-up. I informed Counselor Garcia that I wasn't refusing to program, rather, I was refusing to put my safety at risk on the medium yard. A yard that has a policy of assaulting sex offenders. He responded "that's an inmate policy, not a FBOP policy" and "we don't go by inmate policy". Based upon the SIS "Threat Assessment" Counselor Garcia found that the SIS report would be the "greater weight of evidence to support the charge" and found me guilty of the write-up. I am being punished for protecting myself by placing myself in the SHU. Each defendant in the claim has been notified of the issue and has reiterated that SIS found no threat.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

**D. CLAIMS***

**CLAIM ~~I~~ II (1)**

The following civil right has been violated:

8TH Amendment prohibition against cruel and unusual punishment

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On December 30, 2019, I was ordered out to the U.S.P. Lompoc yard from the SHU by Specialist A. Cruickshank. The same day, Lieutenant F. Espinoza delivered an incident report to me charging me with refusing to accept a program assignment. On December 31, 2019, Counselor Franco conducted the UDC hearing, with Case manager Hildenbrand present. I informed Counselor Franco that I was not ~~willing~~ refusing to program, rather, I was refusing to place my safety at risk. That I would happily walk a safe yard. Counselor Franco found that "based on the results of the threat assessment recommendation, inmate be returned to the general population" that I was guilty of the write-up. Each defendant in the claim has been notified of the issue and has reiterated that SIS found no threat.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

D. CLAIMS*

CLAIM I II (3)

The following civil right has been violated:

Eight Amendment prohabition against cruel and unusual punishment

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On January 13, 2020, I was ordered out to the U.S.P. Lompoc yard by Specialist A. Cruickshank. On January 14, 2020, Lieutenant Espinoza delivered a incident report, charging me with refusing to accept a program assignment. Counselor Garcia, when he came to read me my rights for the DHO (Disciplinary Hearing Officer), was informed by myself that I was not refusing to program, rather, I was refusing to put my safety at risk. I went to the DHO on January 29, 2020. I gave the DHO a written statement, telling him the facts of the case, my belief on the matter, and a statement, signed under the penalty of perjury, by an inmate that walked the U.S.P. yard from September 5, 2019, until November 12, 2019, stating that the "Woods (white gangs), "Homies" (Mexican gangs), and the "Blacks" (African American gangs) would assault sex offenders of their own race on the U.S.P yard. The DHO found me guilty of the write-up, placing greater weight on the SIS investigation. Each defendant in the claim has been notified of the issue and has reiterated that SIS found no threat.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

D. CLAIMS*

CLAIM IV (4)

The following civil right has been violated:

The Eight Amendments prohabition against the use of cruel and unusual Punishment.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Upon arrival on September 5, 2019, to the United States Penitentiary-Lompoc, I was told by several prison staff that I would not be safe to walk the yard as a sex offender. Because of the heavy advisement of intake staff, I accepted Protective Custody and went to the SHU (Special Housing Unit). During my time in the SHU multiple prison staff have verbally confirmed that the inmates on U.S.P. Lompoc have a policy of checking paperwork (charges) and assaulting sex offenders. SIS (Special Investigative Supervisors) staff conducted a "Threat Assessment" and concluded that I was an unverified Protection case. Although many prison staff have told me that I wouldn't be safe on the yard, SIS has informed me that they would only verify a protection case if a specific inmate threatens or assaults me, and then admits to the threat or assault to prison officials. The SIS investigation report shows that I was the only person questioned during the investigation. They've since ordered me out to the U.S.P. yard four times. Each time I refused because I won't put my safety at risk. Each defendant in the claim has been notified of the issue and reiterated that SIS found no threat.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1. That the Federal Bureau of Prisons transfer me to and keep me on a SOMP (Sex Offender Management Program) yard(s) that are compatable with my custody score so that I will remain safe.

2. FBOP policy statements be modified to explain in sufficent detail:
   A) how a threat is supposed to be verified,
   B) how a threat Assessment shall be conducted, and
   C) in what circumstances should an inmate be written up.

3. Certain classes of inmates such as those who cooperated with the government, sex offenders, those who have dropped out from a gang, and those who are members of the LGBTQ community, be automatic verification of threat.

All of the above are injunctive relief that I am entitled to.

Feburary 6, 2020
(Date)

(Signature of Plaintiff)

Declaration of Ryan Michael Spencer, FBOP Register Number 24235-111

Ryan M. Spencer hereby declares:

1. I submitted Informal Resolution Forms (BP-8) to begin the Federal Bureau of Prisons Administrative Remedy process on November 20th of 2019 to Unit Manager J. Wyatt.

2. On December 9th of 2019 Correctional Counselor S. Franco reported to me that J. Wyatt, and himself, refused to respond to my BP-8 and supplied me with a BP-9 (BP-229) form.

3. On December 11th of 2019, with the express permission of Warden F. Martinez Jr., I submitted my BP-9 to a representative of J. Wyatt.

4. On January 2nd of 2020, two days after I was to recieve a response to my BP-9, J. Wyatt informed me that he'd responded to the BP-9, but wouldn't supply me with the response. He instructed me to submit a "Cop Out" to a Mrs. Morales who he claimed was the Administrative Remedy Coordinator. That night I sent her a COP-Out through institutional mail.

5. Today, January 27th of 2020, is seven days past the date my Regional Appeal was to be recieved by The Western Regional office. I still have not recieved the BP-9 response.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on January 27th, 2020 at Lompoc, California.

Ryan Spencer #24235-111
United States Penitentiary - Lompoc

Declaration of Kyle Evan Petersen, FBOP Register number 76994-097.

Kyle Evan Petersen hereby declares:

1. Ryan M. Spencer submitted an informal resolution (BP8) (kp) form to his Unit Manger J. Wyatt, on November 20, 2019. I know this because I gave him my informal resolution form to him the same day.

2. Councelor Franco (kp) told Spencer and myself that we are getting ahead of ourselves and that we needed to go to the DHO (Disciplinary Hearing Officer) first, on December 9, 2019. He told us that he had refused to answer the form. The (kp) informal resolution was not about our write-ups, but rather, about the threat being unverified.

3. On December 11, 2019, we both submitted an appeal (BP-9) form to a representative of Unit Manager (kp) Wyatt in front of the warden.

4. When we saw Unit Manger Wyatt on January 2, 2020, we asked him about our BP-9's. He told us that he had answered them already. When we asked if we could get them, he told us to write to the Administrative remedy Coordinator. We both sent a request out that night.

5. We both have been waiting patiently and still have not received a copy of our write-ups. Our Second level appeal was due to be at the Western Region office by

DECLARATION OF KYLE EVAN PETERSEN #76994-097    1.

January 20, 2020. Because our Unit Manger refused to give us our answered BP-9's, the second level of Appeal is no longer available to us.

I, Kyle Evan Petersen, FBOP (KP) Register number 76994-097, declares, under the penalty of perjury, that the foregoing is true and correct, that all corrections in this declaration are mine as long as they have my initials above them (KP), and that this declaration was executed on January 27, 2019, at the United States Penitentiary-Lompoc

Dated 27 January, 2020

Kyle Petersen 76994-097
declarent.

DECLARATION OF KYLE EVAN PETERSEN #76994-097    2.

Ryan Spencer #24235-111
United States Penitentiary - Lompoc, Z-Unit
3901 Klein Blvd.
Lompoc, CA 93436-2706



United States Courthouse
312 N. Spring Street
Los Angeles, CA 90012

U.S. District Court
SPECIAL/LEGAL MAIL

SPECIAL/LEGAL MAIL  Sent 2-6-20

LEGAL / SPECIAL MAIL - US District (Southern)

FCC LOMPOC
3600 GUARD ROAD
LOMPOC, CA 93436

DATE **FEB 07 2020**

The following letter was processed through special mailing procedures for forwarding... The letter has been neither opened or inspected. If the writer... question or problem over which this facility has jurisdiction, you... return the material for further information... the enclosed correspondence for forwarding... writer... return the enclosed to the above address please.

SPECIAL/LEGAL MAIL  Sent 2-6-20